**CSG USA Inc**
14507 Kingsmill Way
Culpeper, VA  22701 US
+1 7034477142
blair.jenkins@csg-america.com
http://csg-america.com



# Estimate

| ADDRESS | | |
|---|---|---|
| Branch Six Consulting International LLC | **ESTIMATE #** | 1034 |
| Branch Six Consulting International LLC | **DATE** | 03/06/2022 |
| 30 N. Gould Street | **EXPIRATION DATE** | 03/16/2022 |
| Suite 10036 | | |
| Sheraton, WY  82801 US | | |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 03/06/2022 | Munitions, Weapons, and Vehicle List | 1 | 104,438,340.20 | 104,438,340.20 |

- Individual Line Item Costs are included in the attachment to this estimate.
- Payment Terms:  100% Prepay
- CSG USA Inc/Excalibur Army a.s. will be responsible for FOB delivery Poland.
- Buyer is responsible for acceptance of equipment for the end-user or host country.

| | TOTAL | $104,438,340.20 |
|---|---|---|

Accepted By                                           Accepted Date