Sean W. Scoggin, Wyo. #6-3263
Williams, Porter, Day & Neville, PC
P.O. Box 748
Cheyenne, WY 82003-0748
307-637-5575
307-637-5515-fax
sscoggin@wpdn.net
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BRANCH SIX CONSULTING INTERNATIONAL LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CSG USA, INC., and BLAIR JENKINS, )<br>in his individual capacity and as Director )<br>of CSG USA, Inc., )<br>)<br>Defendants. ) | Civil Action No.: 23-CV-14-KHR |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

TO: Kenneth Pfaehler, DENTONS US, LLP, Counsel for Defendant CSG, USA Inc.

**Why are you getting this?**

A lawsuit has been filed against the entity you represent in this court under the number shown above.   A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within 60 days from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court.   The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you

and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

**DATED** this 25th day of May, 2023.

/s/ Sean W. Scoggin
Sean W. Scoggin, WSB #6-3263
Williams, Porter, Day & Neville, P.C.
P.O. Box 748
Cheyenne, WY   82003-0748
(307) 637-5575
(307) 637-5515-fax
sscoggin@wpdn.net
Attorney for Plaintiff

## DUTY TO AVOID UNNECESSARY EXPENSES OF SERVING A SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.