Sean W. Scoggin, Wyo. #6-3263
Williams, Porter, Day & Neville, PC
P.O. Box 748
Cheyenne, WY 82003-0748
307-637-5575
307-637-5515-fax
sscoggin@wpdn.net
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BRANCH SIX CONSULTING INTERNATIONAL, LLC, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No.: 23-CV-14-KHR<br>) |
| CSG USA, INC., and Blair Jenkins, in his individual capacity and as Director of CSG USA, Inc., | )<br>)<br>) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

**COMES NOW,** Plaintiff, Branch Six Consulting International, LLC, by and through its attorney, Sean W. Scoggin, Williams, Porter, Day & Neville, PC, and hereby notifies the Court that the parties in this matter have reached a settlement agreement. As such, this court setting is no longer necessary. Once the settlement is effectuated, the parties will file a stipulated dismissal with the Court.

[THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

**DATED** this 31st day of July, 2023.

                                        */s/Sean W. Scoggin*
                                        SEAN W. SCOGGIN
                                        Wyoming Bar #:6-3263
                                        Williams, Porter, Day & Neville, P.C.
                                        P.O. Box 748
                                        Cheyenne, WY 82003-0748
                                        307-637-5575
                                        307-637-5515-fax
                                        *Attorney for Plaintiff*